FILED
CLERK U.S. DISTRICT COURT
JAN - 2 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DONALD JAMES CUNNINGHAM,<br><br>　　　　　Defendant. | NO.: CR 04-00020-FMC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of his supervised release; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　(X)　The defendant has not met his burden of establishing by

1     clear and convincing evidence that he is not likely to flee
2     if released under 18 U.S.C. § 3142(b) or (c). This finding
3     is based on his failure to proffer any evidence to meet his
4     burden on this issue;
5     and
6 B. (X) The defendant has not met his burden of establishing by
7     clear and convincing evidence that he is not likely to pose
8     a danger to the safety of any other person or the community
9     if released under 18 U.S.C. § 3142(b) or (c). This finding
10    is based on his failure to proffer any evidence to meet his
11    burden on this issue.

12    IT THEREFORE IS ORDERED that the defendant be detained pending
13 the further revocation proceedings.

15 DATED: January 2, 2013

                                      _____
                                      MARGARET A. NAGLE
                                UNITED STATES MAGISTRATE JUDGE